**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM MAHON, derivatively on behalf of ABEONA THERAPEUTICS INC., | ) ) ) | Civil Action No. 18-cv-1888-CFC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MARK J. AHN, MARK J. ALVINO, JEFFREY B. DAVIS, STEPHEN B. HOWELL, TODD WIDER, and STEVEN H. ROUHANDEH, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| ABEONA THERAPEUTICS INC., | ) ) | |
| Nominal Defendant. | ) ) ) ) ) ) ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, Plaintiff William Mahon ("Plaintiff"), Nominal Defendant Abeona Therapeutics Inc. ("Abeona" or the "Company"), and defendants Mark J. Ahn, Mark J. Alvino, Jeffrey B. Davis, Stephen B. Howell, Todd Wider, and Steven H. Rouhandeh ("Defendants," and collectively with Plaintiff and Abeona, the "Parties") in the above-captioned action pending in this Court (the "Action"), by and through their counsel of record, submit this joint motion for preliminary approval of the proposed settlement (the

"Settlement") set forth in the Stipulation of Settlement and Compromise dated December 6, 2018 (the "Stipulation"), attached as Exhibit 1, resolving the Action in its entirety, and in support thereof, state as follows:

1. Following Plaintiff's books and records demand pursuant to 8 Del. C. § 220, dated January 18, 2018, the production of documents by Abeona, arm's-length negotiations culminating in a Memorandum of Understanding on October 30, 2018, the Parties entered into the Stipulation, which fully sets forth the terms and conditions of the Settlement and is filed concurrently with this Court.

2. The claims brought in this Action were based on allegations that Defendants' compensation was excessive and unreasonable in fiscal years 2015, 2016, and 2017 as disclosed in the Company's Schedule 14A Definitive Proxy Statements filed with the U.S. Securities and Exchange Commission. As set forth in detail in the Stipulation, the Settlement provides for a series of substantive reforms to the Company's compensation and governance practices. It also provides for an application by Plaintiff's counsel for an award of attorneys' fees and expenses and an incentive award for Plaintiff.

3. By this Motion, the Parties jointly move the Court to enter an order:
   (i) preliminarily approving the Settlement as set forth in the Stipulation;
   (ii) approving the form and manner of notice of the Settlement to current Abeona stockholders, substantially in the form attached to the Stipulation as Exhibit A; and
   (iii) scheduling a hearing before this Court to consider final approval of the Settlement and approval of any Fee and Expense Award.

4. A proposed scheduling order ("Order") is attached to the Stipulation as Exhibit B.

WHEREFORE, based upon the foregoing, the Parties respectfully request that this Court grant the joint motion for preliminary approval and enter the proposed order submitted herewith.

| | |
|---|---|
| Dated: December 6, 2018 | Respectfully submitted, |
| FARNAN LLP | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
| /s/ Michael J. Farnan  <br>Brian E. Farnan (Bar No. 4089)  <br>Michael J. Farnan (Bar No. 5165)  <br>919 North Market Street, 12th Floor  <br>Wilmington, DE 19801  <br>Telephone: (302) 777-0300  <br>Facsimile: (302) 777-0301  <br>bfarnan@farnanlaw.com  <br>mfarnan@farnanlaw.com | /s/ Kenneth J. Nachbar  <br>Kenneth J. Nachbar (Bar No. 2067)  <br>1201 North Market Street, Sixteenth Floor  <br>Wilmington, Delaware 19899  <br>(302) 351-9294  <br>knachbar@mnat.com  <br><br>*Attorney for Defendants* |
| *Attorneys for Plaintiff* | |