# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM MAHON, derivatively on behalf of ABEONA THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK J. AHN, MARK J. ALVINO, JEFFREY B. DAVIS, STEPHEN B. HOWELL, TODD WIDER, and STEVEN H. ROUHANDEH, <br><br> Defendants, <br><br> and <br><br> ABEONA THERAPEUTICS, INC., <br><br> Nominal Defendant. | C.A. No. 18-cv-1888-LPS |

## [PROPOSED] ORDER GRANTING PUTATIVE OBJECTOR FRANCISCO DOS RAMOS' MOTION FOR EXPEDITED DISCOVERY

This matter having come before the Court on Putative Objector Francisco Dos Ramos' (the "Putative Objector") Motion for Expedited Discovery, and the Court having considered the request, hereby ORDERS:

1. The request for expedited discovery is granted;

2. Putative Objector may serve discovery demands, in conformance with the Federal Rules of Civil Procedure, within seven (7) days following the entry of this order, on Plaintiff William Mahon ("Plaintiff") Defendants Mark J. Ahn, Mark Alvino, Jeffrey B. Davis, Stephen B. Howell, Todd Wider, and Steven H. Rouhandeh ("Defendants"), Nominal Defendant Abeona Therapeutics ("Nominal Defendant") and their respective counsel, limited to the following topics:

    a. Documents and communications concerning the settlement, settlement terms, settlement negotiations, settlement proposals and

counter-proposals, draft pleadings, draft agreements, demands, the matter *Dos Ramos v. Rouhandeh, et al.*, 2018-0680-JRS (Del.Ch), pending in Delaware Chancery Court (the "*Dos Ramos* Action"), and the Putative Objector; and

b. All information, documents, and discovery obtained by Plaintiff which informed the Plaintiff's decision to enter into the Settlement, including any documents and communications reflecting requests and/or demands for the same.

3. Plaintiff, Defendants, Nominal Defendants and their respective counsel shall have fourteen (14) days from the date of service of the discovery demands to submit their responses, and objections, if any.

4. Following receipt of the response to the discovery demands, Putative Objector shall have seven (7) days to advise the Court of whether good cause exists to take depositions of Plaintiff, Defendants, Nominal Defendants, and their respective counsel, or any of them.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                    Leonard P. Stark
                                                    United States District Judge